



THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:14-cv-81271-DTKH

PEACOCK MEDICAL LAB, LLC, PBL
MEDICAL LAB, LLC; and LAKE DRIVE
MEDICAL LAB, LLC,

    Plaintiffs,

v.

UNITEDHEALTH GROUP, INC; UNITED
HEALTHCARE SERVICES, INC;
OPTUMINSIGHT, INC; and OPTUMHEALTH,
INC,

    Defendants.

## MOTION TO APPEAR *PRO HAC VICE,*
## CONSENT TO DESIGNATION, AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Charles Chejfec of the law firm of Katten Muchin Rosenman LLP, 525 West Monroe Street, Chicago, Illinois 60661-3693, telephone: (312) 902-5200, for purposes of appearance as co-counsel on behalf of Defendants, UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE SERVICES, INC., OPTUMINSIGHT, INC., and OPTUMHEALTH, INC., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Charles Chejfec to receive electronic filings in this case, and in support thereof states as follows:

1. Charles Chejfec is not admitted to practice in the Southern District of Florida. He is admitted to practice law and is currently in good standing in Illinois and is admitted to the United States District Court for the Central District of Illinois and the Northern District of Illinois, as well as the United States Court of Appeals, Seventh Circuit.

2. Movant, Daniel Alter, Esquire, of the law firm of GrayRobinson, P.A., 401 East Las Olas Boulevard, Suite 1000, Fort Lauderdale, Florida 33301, telephone: (954) 761-8111, is a member in good standing of the The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Charles Chejfec has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Charles Chejfec, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Charles Chejfec at email address: charles.chejfec@kattenlaw.com.

WHEREFORE, Daniel Alter, Esquire, moves this Court to enter an Order allowing Charles Chejfec to appear before this Court on behalf of Defendants, UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE SERVICES, INC., OPTUMINSIGHT, INC., and

OPTUMHEALTH, INC., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Charles Chejfec.

Dated this 9th day of December, 2014

                          Respectfully submitted,

                          */s/ Daniel Alter*

                          DANIEL ALTER
Florida Bar No. 0033510
dan.alter@gray-robinson.com
SHARI GERSON
Florida Bar No. 17035
shari.gerson@gray-robinson.com
GrayRobinson, P.A.
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida  33301
Telephone:  (954) 761-8111
*Counsel for Defendants*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:14-cv-81271-DTKH

PEACOCK MEDICAL LAB, LLC, PBL
MEDICAL LAB, LLC; and LAKE DRIVE
MEDICAL LAB, LLC,

    Plaintiffs,

v.

UNITEDHEALTH GROUP, INC; UNITED
HEALTHCARE SERVICES, INC;
OPTUMINSIGHT, INC; and OPTUMHEALTH,
INC,

    Defendants.

## CERTIFICATION OF CHARLES CHEJFEC

Charles Chejfec, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am admitted to practice law and currently in good standing in Illinois and admitted to the United States District Court for the Central District of Illinois and the Northern District of Illinois, as well as the United States Court of Appeals, Seventh Circuit.

*[signature]*
CHARLES CHEJFEC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice,* Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by email, on this 9th day of December, 2014 on: Mark R. Osherow, Esquire, and Nichole Geary, Esquire, Broad and Cassel, 1 North Clematis Street, Suite 500, West Palm Beach, Florida 33401, telephone: (561) 832-3300, emails: mosherow@broadandcassel.com; ngeary@broadandcassel.com, *counsel for Plaintiffs.*

DANIEL ALTER
Florida Bar No. 0033510
dan.alter@gray-robinson.com
SHARI GERSON
Florida Bar No. 17035
shari.gerson@gray-robinson.com
GrayRobinson, P.A.
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 761-8111
*Counsel for Defendants*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:14-cv-81271-DTKH

PEACOCK MEDICAL LAB, LLC, PBL
MEDICAL LAB, LLC; and LAKE DRIVE
MEDICAL LAB, LLC,

      Plaintiffs,

      v.

UNITEDHEALTH GROUP, INC; UNITED
HEALTHCARE SERVICES, INC;
OPTUMINSIGHT, INC; and OPTUMHEALTH,
INC,

      Defendants.

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE,* CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Charles Chejfec, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Charles Chejfec may appear and participate in this action on behalf of Defendants, UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE SERVICES, INC., OPTUMINSIGHT, INC., and OPTUMHEALTH,

INC. The Clerk shall provide electronic notification of all electronic filings to Charles Chejfec at charles.chejfec@kattenlaw.com.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____, 2014.

                                                                          Hon. Daniel T. K. Hurley
                                                                          United States District Judge

Copies furnished to:

All Counsel of Record

# 3302637 v1