THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 14- 81271-CIV-HURLEY/HOPKINS

PEACOCK MEDICAL LAB, LLC, PBL
MEDICAL LAB, LLC; and LAKE DRIVE
MEDICAL LAB, LLC,

    Plaintiffs,

v.

UNITEDHEALTH GROUP, INC; UNITED
HEALTHCARE SERVICES, INC;
OPTUMINSIGHT, INC; and OPTUMHEALTH,
INC,

    Defendants.

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants UnitedHealth Group, Inc., and United Healthcare Services, Inc. (UnitedHealth Group, Inc., United Healthcare Services, Inc. are referred to as "United"), as well as OptumInsight, Inc., and OptumHealth, Inc. (collectively, "Defendants"), hereby discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    1.    Any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a Party.

        a.    Peacock Medical Lab, LLC

        b.    PBL Medical Lab, LLC

        c.    Lake Drive Medical Lab, LLC

      d.    Mark R. Osherow, Esquire

      e.    Nichole Geary, Esquire

      f.    Broad and Cassel

      g.    UnitedHealth Group, Inc.

      h.    United Healthcare Services, Inc.

      i.    OptumInsight, Inc.

      j.    OptumHealth, Inc.

      k.    Shari Gerson, Esquire

      l.    Daniel Alter, Esquire

      m.    GrayRobinson, P.A.

      n.    Charles Charles Chejfec, Esquire

      o.    Katten Muchin Rosenman LLP

2.    Any parent corporation and any publicly held corporation owning 10% or more of Defendants' stock.

      OptumInsight, Inc. is a subsidiary of Optum, Inc. OptumHealth, Inc. is a subsidiary of Optum, Inc. Optum, Inc. is a subsidiary of United HealthCare Services, Inc. United HealthCare Services, Inc. is a subsidiary of UnitedHealth Group Incorporated. UnitedHealth Group Incorporated does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of UnitedHealth Group Incorporated's stock.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2015 the foregoing document was filed with the Clerk of the Court using CM/ECF. I further certify that the foregoing document was served on: Mark R. Osherow, Esquire, and Nichole Geary, Esquire, Broad and Cassel, 1 North

Clematis Street, Suite 500, West Palm Beach, Florida 33401, telephone: (561) 832-3300, emails: mosherow@broadandcassel.com; ngeary@broadandcassel.com, *counsel for Plaintiffs.*

                                         s/ Shari Gerson
                                         SHARI GERSON
                                         Florida Bar No. 17035
                                         Shari.gerson@gray-robinson.com
                                         DANIEL ALTER
                                         Florida Bar No. 0033510
                                         Dan.alter@gray-robinson.com
                                         401 East Las Olas Boulevard
                                         Suite 1000
                                         Fort Lauderdale, FL 33301
                                         Telephone: (954) 761-8111
                                         Facsimile: (954) 761-8112

                                         CHARLES CHEJFEC, *Admitted Pro Hac Vice*
                                         charles.chejfec@kattenlaw.com
                                         Katten Muchin Rosenman LLP
                                         525 West Monroe Street
                                         Chicago, IL 60610
                                         Telephone: (312) 902-5200
                                         Facsimile: (312) 902-1061

                                         *Counsel for Defendants*